799 A.2d 1284

IN THE MATTER OF PHILIP J. BATTAGLIA,
AN ATTORNEY AT LAW.

June 19, 2002.

ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **PHILIP J. BATTAGLIA** of **CLIFTON**, who was admitted to the bar of this State in 1981, and good cause appearing;

It is ORDERED that **PHILIP J. BATTAGLIA** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by PHILIP J. BATTAGLIA pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown; and it is further

ORDERED that **PHILIP J. BATTAGLIA** be restrained and enjoined from practicing law during the period of suspension; and it is further

ORDERED that **PHILIP J. BATTAGLIA** comply with *Rule* 1:20–20 dealing with suspended attorneys.